Docket No. 100640.

# IN THE
# SUPREME COURT
# OF
# THE STATE OF ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS, Appellant, v. JONATHAN OXFORD, Appellee.

*Order entered March 22, 2007.*

On the Court's own motion, there no longer being a substantial question presented by this appeal (see *In re E.H.*, No. 100202 (December 21, 2006)), the order of the circuit court of Union County finding section 115–10 of the Code of Criminal Procedure of 1963 (725 ILCS 5/115–10 (West 2004)) unconstitutional is vacated and the cause is remanded to that court for further proceedings.

Order entered by the Court.